UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ROJAS DE LA ROSA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN,<br>Respondent. | No. 1:26-cv-04537-DAD-AC (HC)<br><br><u>ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL BRIEFING</u> |

On November 6, 2026, petitioner, proceeding *pro se*, filed a motion for preliminary injunction seeking his immediate release from immigration custody. (Doc. No. 10.) On November 9, 2026, the court issued an order setting a briefing schedule on petitioner's motion and further directed respondent to address whether any provision of law or fact in this case would distinguish it from the circumstances addressed in several cited prior cases that this court has decided. (Doc. No. 11.)

On November 12, 2026, respondent filed an opposition to petitioner's motion for preliminary injunction. (Doc. No. 12.) In that opposition, respondent argues that petitioner's case is distinguishable from the cases cited in the court's November 9, 2026 order. (*Id.* at 3.) Additionally, respondent concedes that petitioner is subject to detention under 8 U.S.C. § 1226(a), but the petition should be denied because petitioner has not yet requested an individualized bond determination before the immigration court or prudentially exhausted his administrative remedies.

(*Id.* at 2–4.) The evidence presently before the court does not reveal whether the government provided petitioner with notice of custody determination (Form I-286) prior to or contemporaneously with his detention. Therefore, the court concludes that more information is needed to assist it in resolving petitioner's pending motion for a preliminary injunction.

Accordingly, the court DIRECTS respondent to file supplemental briefing no later than 3:00 p.m. on November 20, 2026, addressing whether petitioner was served a notice of custody determination (Form I-286) prior to, or contemporaneously with, the time of his detention.

IT IS SO ORDERED.

Dated: **November 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE